Opinion filed July 30, 2021



In The

# Eleventh Court of Appeals

_____

## No. 11-20-00231-CR

_____

## HAROLD EDWARD MORGAN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law**
**Erath County, Texas**
**Trial Court Cause No. 47801**

## M E M O R A N D U M   O P I N I O N

Appellant, Harold Edward Morgan, has filed in this court a motion to dismiss his appeal. In the motion, Appellant states that he no longer desires to pursue this appeal, and he requests that his appeal be dismissed. The motion is signed by both Appellant and Appellant's counsel in compliance with Rule 42.2 of the Texas Rules of Appellate Procedure.

The motion is granted, and the appeal is dismissed.

PER CURIAM

July 30, 2021

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.